UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMAL NORMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MCLANE FOODSERVICE, INC.; and JOHN DOES 1-5 and 6-10,<br><br>  Defendants. | Civil Action No. 1:25-cv-01592<br><br>**NOTICE OF APPEARANCE** |

Andrew S. Brown, Esq. of Fisher & Phillips, LLP, a member of the bar of the State of New Jersey and this Court, hereby files this Notice of Appearance as counsel for Defendant McLane Foodservice Distribution, Inc., incorrectly identified in the Complaint as McLane Foodservice, Inc., ("Defendant"). All notices and papers that are given or required to be served in this case shall be given to and served upon:

> Andrew S. Brown, Esq.
> Fisher & Phillips LLP
> 400 Connell Drive, Suite 4000
> Berkeley Heights, NJ  07922
> Telephone:  (908) 516-1026
> Facsimile:  (908) 516-1051
> Email:  asbrown@fisherphillips.com

I certify that I am admitted to practice before this Court.

>  **FISHER & PHILLIPS LLP**
>  *Attorneys for Defendant*
>
>  By: _____
>       Andrew S. Brown

Dated:  March 5, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2025 within the time required by the Federal Rules of Civil Procedure, this Notice of Appearance was electronically filed with the Clerk of the Court, thereby also effecting service on counsel for Plaintiff.

By: _____
Andrew S. Brown, Esq.
Fisher & Phillips LLP
400 Connell Drive, Suite 4000
Berkeley Heights, NJ  07922
Telephone:  (908) 516-1026
Facsimile:  (908) 516-1051
Email:  asbrown@fisherphillips.com

FP 54068974.1