**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMAL NORMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MCLANE FOODSERVICE, INC.; and JOHN DOES 1-5 and 6-10,<br><br>    Defendants. | Case No. 1:25-cv-01592-RMB-MJS<br><br>**DEFENDANT'S APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO THE COMPLAINT** |

Defendant McLane Foodservice Distribution, Inc., incorrectly identified in the Complaint as McLane Foodservice, Inc. ("Defendant"), hereby applies, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending the time within which Defendant may answer, move, or otherwise reply to Plaintiff's Complaint. In support of this application, Defendant states the following:

1. On January 29, 2025, Plaintiff Jamal Norman ("Plaintiff") commenced this action by filing a Complaint against Defendant in the Superior Court of New Jersey, Law Division, Burlington County.

2. Defendant was served with a copy of the Summons and Complaint on February 3, 2025.

3. On March 3, 2025, Defendant timely removed this action to this Court.

4. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the current deadline for Defendant to answer, move, or otherwise reply to the Complaint is March 10, 2025.

5. Pursuant to Local Civil Rule 6.1(b), Defendant requests leave for an extension of 14 days to answer, move, or otherwise reply to the Complaint.

6. If granted, the new deadline will be March 24, 2025.

7.  Defendant has not sought or obtained a previous extension of the deadline to file its response to Plaintiff's Complaint.

          Respectfully submitted,

          **FISHER & PHILLIPS LLP**
          *Attorneys for Defendant*

          *s/ Colleen P. Tandy*
          Colleen P. Tandy, Esq.
          Andrew S. Brown, Esq.
          400 Connell Drive, Suite 4000
          Berkeley Heights, New Jersey 07922
          Phone: (908) 516-1050
          E-mail: ctandy@fisherphillips.com
                  asbrown@fisherphillips.com

Dated: March 5, 2025

## **ORDER**

The above application is ORDERED GRANTED. Defendant's time to answer, move, or otherwise reply to Plaintiff's Complaint is extended to March 24, 2025.

ORDER DATED: _____          By: _____
                                                           Deputy Clerk

## **CERTIFICATE OF SERVICE**

I certify that on this date, I caused the above document to be filed via the Court's ECF filing system and served via ECF upon the following counsel of record:

Jacquelyn R. Matchett, Esq.
**COSTELLO, MAINS & SILVERMAN, LLC**
18000 Horizon Way, Suite 800
Mount Laurel, New Jersey 08054
*Attorneys for Plaintiff*

*s/ Colleen P. Tandy*
Colleen P. Tandy, Esq.

Dated: March 5, 2025