**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JAMAL NORMAN,<br><br>Plaintiff,<br><br>v.<br><br>MCLANE FOODSERVICE, INC.; and JOHN DOES 1-5 and 6-10,<br><br>Defendants. | Case No. 1:25-cv-01592-RMB-MJS<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant McLane Foodservice Distribution, Inc., incorrectly identified in the Complaint as McLane Foodservice, Inc. ("Defendant"), files this Corporate Disclosure Statement and advises the Court that neither Defendant nor any subsidiary thereof has issued shares to the public. Defendant's ultimate parent company, Berkshire Hathaway, Inc., is publicly traded on the New York Stock Exchange.

    Respectfully submitted,

    **FISHER & PHILLIPS LLP**
    *Attorneys for Defendant*

    *s/ Colleen P. Tandy*
    Colleen P. Tandy, Esq.
    Andrew S. Brown, Esq.
    400 Connell Drive, Suite 4000
    Berkeley Heights, New Jersey 07922
    Phone: (908) 516-1050
    E-mail: ctandy@fisherphillips.com
           asbrown@fisherphillips.com

Dated: March 24, 2025