# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMAL NORMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MCLANE FOODSERVICE, INC.; and JOHN DOES 1-5 and 6-10,<br><br>    Defendants. | Case No. 1:25-cv-01592-RMB-MJS<br><br>**DEFENDANT'S DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING PURSUANT TO L. CIV. R. 7.1.1** |

Pursuant to Local Civil Rule 7.1.1, Defendant McLane Foodservice Distribution, Inc., incorrectly identified in the Complaint as McLane Foodservice, Inc. ("Defendant"), files this Disclosure Statement and advises the Court that no third party is funding this litigation.

Respectfully submitted,

**FISHER & PHILLIPS LLP**
*Attorneys for Defendant*

*s/ Colleen P. Tandy*
Colleen P. Tandy, Esq.
Andrew S. Brown, Esq.
400 Connell Drive, Suite 4000
Berkeley Heights, New Jersey 07922
Phone: (908) 516-1050
E-mail: ctandy@fisherphillips.com
         asbrown@fisherphillips.com

Dated: March 24, 2025